UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIE MCGRAW,

    Plaintiff,

v.                                                               Case No. 2:06-cv-200
                                                              HON. R. ALLAN EDGAR

GERALD RILEY, et al.,

    Defendants.
_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action July 3, 2007. The Report and Recommendation was duly served on the parties and no objections have been filed. However, on July 16, 2007, plaintiff filed a "Motion to Reissue Court Order(s) and Defendants' Motions." Plaintiff maintains that he was on suicide observation between January 26, 2007, and June 28, 2007, and received no legal mail during that time period. The only filing during that time period was a motion and affidavit filed by plaintiff. No orders were issued by the Court and no motions were filed by defendants. Accordingly, plaintiff's motion requesting issuance of court orders and defendants' motions will be denied.

The Report and Recommendation recommended that defendants' motion for summary judgment be granted and the case dismissed. In accordance with 28 U.S.C. § 636(b)(1), the Court is to perform *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. Plaintiff has failed to file objections to the Report and Recommendation

- 2 -

although he clearly, based upon his motion filed on July 16, 2007, had adequate time to file objections.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court.


Dated:      8/28/07                             /s/ R. Allan Edgar
                                             R. ALLAN EDGAR
                                             UNITED STATES DISTRICT JUDGE